# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DYLAN J. ROBERSON,<br><br>　　　　Petitioner,<br><br>v.<br><br>JERRY CHRISMAN, Interim Warden,<br><br>　　　　Respondent. | Case No. CIV-12-454-RAW-KEW |

## ORDER

On February 3, 2016, the United States Magistrate Judge filed a Report and Recommendation, recommending that this action (commenced by the Petitioner Dylan J. Roberson's filing of a Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254) be in all respects dismissed. No objection has been filed.

After a *de novo* review, and construing Petitioner's *pro se* filings liberally, the court finds that the Magistrate Judge's Report and Recommendation is well-supported by the evidence and the prevailing legal authority. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. Petitioner's petition pursuant to 28 U.S.C. § 2254 is hereby DISMISSED.

**IT IS SO ORDERED** this 23rd day of March, 2016.

_____
**THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**